```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                  04-CV-1489 (JMR/FLN)
```

| | | |
|---|---|---|
| Elliot Holly | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Deborah Konieska and | ) | |
| Mike Smith | ) | |

On August 18, 2008 [Docket No. 96] the Honorable Franklin L. Noel, United States Magistrate Judge, issued a Report & Recommendation in the above-entitled action.  As the matter is presently scheduled for a plea hearing on August 20, 2008, the Court declines to review objections.

Accordingly, the Court adopts the Report & Recommendation. IT IS ORDERED that plaintiff's motion for a temporary restraining order is DENIED.

Dated: August 18, 2008

                              s/ JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge