```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   04-CV-1489(JMR/FLN)
```

Elliott Holly                     )
                                            )
    v.                            )        ORDER
                                            )
Deborah Konieska and Mike Smith   )

     Defendants object to the Report and Recommendation, issued December 8, 2009, by the Honorable Franklin L. Noel, United States Magistrate Judge. The Report recommended the Court deny defendants' motion for summary judgment [Docket No. 129]. Defendants' objections to the Report were timely filed, pursuant to Local Rule 72.2(b). In addition to filing objections, defendants submitted, and this Court considered, the recent decision in <u>Wallingford v. Olson</u>, 592 F.3d 888 (8th Cir. 2010).

     Based on a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 155].

     Accordingly, defendants' motion for summary judgment is denied [Docket No. 129].

     IT IS SO ORDERED.

Dated:  March 12, 2010

                                                <u>S/JAMES M. ROSENBAUM</u>
                                                JAMES M. ROSENBAUM
                                                United States District Judge