**REDACTED**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
04-CV-1489(JMR/FLN)

| | | |
|---|---|---|
| Elliott Holly | ) | |
| | ) | |
| v. | ) | VERDICT |
| | ) | |
| Deborah Konieska and | ) | |
| Mike Smith | ) | |

## LIABILITY

1. Did defendant Deborah Konieska violate plaintiff Elliott Holly's substantive due process rights by subjecting him to isolation at MSOP from February 26, 2004 to April 14, 2004, or by subjecting him to jail for two days?

    Yes __X__          No _____

2. Did defendant Mike Smith violate plaintiff Elliott Holly's substantive due process rights by subjecting him to isolation at MSOP from February 26, 2004 to April 14, 2004, or by subjecting him to jail for two days?

    Yes _____         No __X__

3. Did defendants Deborah Konieska and Mike Smith conspire to deprive plaintiff Elliott Holly of his due process rights because of his race?

    Yes _____         No __X__

4. Did defendant Deborah Konieska violate plaintiff Elliott Holly's substantive due process rights by denying him adequate food during his isolation at MSOP from February 26, 2004 to April 14, 2004?

    Yes _____         No __X__

5. Did defendant Deborah Konieska violate plaintiff Elliott Holly's substantive due process rights by denying him adequate clothing, personal hygiene, and sanitation during his isolation at MSOP from February 26, 2004 to April 14, 2004?

   Yes _____      No __X__

6. Did defendant Deborah Konieska violate plaintiff Elliott Holly's substantive due process rights by denying him adequate exercise during his isolation at MSOP from February 26, 2004 to April 14, 2004?

   Yes _____      No __X__

7. Did defendant Deborah Konieska violate plaintiff Elliott Holly's substantive due process rights based on the totality of the conditions during his isolation at MSOP from February 26, 2004 to April 14, 2004?

   Yes __X__      No _____

8. Did defendant Deborah Konieska violate plaintiff Elliott Holly's procedural due process rights?

   Yes __X__      No _____

9. Did defendant Deborah Konieska negligently inflict emotional distress on plaintiff Elliott Holly during his isolation at MSOP from February 26, 2004 to April 14, 2004?

   Yes _____      No __X__

## DAMAGES

10. What sum of money will fairly and adequately compensate the plaintiff for injuries, damage, or harm?

$ __8500__

(If you find in favor of plaintiff but you find that plaintiff's damages have no monetary value, then you must return a verdict for plaintiff in the nominal amount of one dollar ($1.00).).

11. If you have decided to award punitive damages against a defendant, write the amount below:

$ __400,000__

Dated: __6/17__, 2010      _____
                                Foreperson