# UNITED STATES DISTRICT COURT
## District of Minnesota

Elliot Holly

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  04-cv-1489 (JMR/FLN)

Deborah Konieska and Mike Smith

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Upon the filing of Defendant's Offer of Judgment and Plaintiff's acceptance of the same.**

IT IS ORDERED AND ADJUDGED THAT:

The Jury finds in favor of the Plaintiff Elliot Holly. Judgment is entered in favor of Plaintiff  Elliot Holly in the amount of $8,500 in damages and $400,000 in punitive damages.

|  |  |
|---|---|
| June 23, 2010 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/ Thomas S. Schappa |
|  | (By)  Thomas S. Schappa          Deputy Clerk |

s/James M. Rosenbaum
Judge James M Rosenbaum