UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Elliott Holly,<br><br>    Plaintiff,<br><br>v.<br><br>Deborah Konieska and Mike Smith,<br><br>    Defendants. | Civil No.  04-1489 (JMR/FLN)<br><br>**ORDER** |

This matter is before the Court upon plaintiff Elliott Holly's motion for an award of attorney's fees.  Based upon all files, records, and proceedings herein,

IT IS ORDERED that plaintiff's motion for attorney's fees is granted.

IT IS FURTHER ORDERED that plaintiff's counsel (Briggs and Morgan, P.A.) is awarded attorney's fees incurred in connection with this action in the amount of $370,622.00.  This award shall be paid by the State of Minnesota to Briggs and Morgan, P.A. within 30 days from the date of this order.


Dated: August  17, 2010                       s/ JAMES M. ROSENBAUM
                                              James M. Rosenbaum
                                              United States District Judge

2633086v1