**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Elliot Holly,

        Plaintiff,

-vs-                                          Civ. 04-1489 (JMR/FLN)

Deborah Konieska and Mike Smith,

        Defendants.

**AMENDED COST JUDGMENT**

The Clerk taxed the costs of the Plaintiff, Elliot Holly, against the Defendant, Deborah Konieska, in a Cost Judgment dated October 20, 2010 (Docket No. 253). The Plaintiff filed a motion to review the cost judgment (Docket No. 254) and the Court issued an Order on November 17, 2010, directing the Clerk to enter judgment (Docket No. 261). In accordance with the Court's Order, the Clerk enters this Amended Cost Judgment and taxes the costs of the Plaintiff, Elliot Holly, against the Defendant, Minnesota Sex Offender Program ("MSOP"), as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $35.00 | $35.00 |
| Fees for transcripts | $2,959.99 | $2,959.99 |
| Fees for copies | $336.42 | $336.42 |
| Docket fees | $20.00 | $20.00 |
| TOTAL: | $3,351.41 | $3,351.41 |

Costs, therefore, are taxed in the sum of three thousand, three hundred fifty-one dollars and 41/100, against Defendant, Minnesota Sex Offender Program ("MSOP"), and judgment is entered accordingly.

Dated at Minneapolis, Minnesota, this 29th day of November, 2010.

                RICHARD D. SLETTEN, CLERK

                By: s/ T. Pepin

                T. Pepin
                Deputy Clerk